UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROGER WAYNE HOLLIS, | ) | 1:10-CV-001329 GSA HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION TO AMEND PETITION AND |
| v. | ) | CHANGE NAME OF RESPONDENT |
| | ) | [Docs. #11, 12] |
| F. GONZALES, Warden, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO CHANGE NAME OF RESPONDENT |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has consented to the exercise of magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).

On August 11, 2010, Petitioner filed two motions to amend the petition to change the name of Respondent. Petitioner states he has learned that the name of the warden at his institution is "F. Gonzales" rather than "Chavez" as he had provided in his petition. He requests that F. Gonzales be substituted as Respondent in this matter.

A petitioner seeking habeas relief must name the state officer having custody of him as the respondent to the petition. Rule 2(a) of the Rules Governing Section 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir.1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir.1994). Normally, the person having custody of the prisoner is the warden of the prison because the warden has "day to day control over" the prisoner. Brittingham v. United States, 982. F.2d 378,

1   279 (9th Cir.1992). Therefore, Petitioner's request is proper.

2   Accordingly, Petitioner's motion for leave to amend the petition to name F. Gonzales as
3   Respondent in this matter is GRANTED.  The Clerk of Court is DIRECTED to change the name of
4   Respondent to F. Gonzales.

6   IT IS SO ORDERED.

7   Dated:   **August 22, 2010**              **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE